(Rev. 5/05)

## FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

(1) __Alfonso Santiago   SBI 141726__
(Name of Plaintiff)         (Inmate Number)

__PO Box 9561  Wilm De 19809__
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)         (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

vs.

(1) __Medical Department__
(2) __Stan Taylor (Commissioner)__
(3) __Raphael Williams (Warden)__
(Names of Defendants)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

05 - 766

(Case Number)
( to be assigned by U.S. District Court)

## CIVIL COMPLAINT

• • Jury Trial Requested

FILED
NOV - 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.  PREVIOUS LAWSUITS

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   __No__

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • (Yes) • •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • (Yes) • •No

C. If your answer to "B" is Yes:

1. What steps did you take? Filed Grevince procedure, who inturn told me, Nothing Could be done.

2. What was the result? Nothing at this time

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Stan Taylor (Commissioner)
Employed as Commissioner at Gander Hill Dept of Correction
Mailing address with zip code: 245 McKee Drive, Dover De 19801

(2) Name of second defendant: Corrections Medical Service
Employed as Medical Devishion at Gander Hill
Mailing address with zip code: 12647 Olive Boulevard PO Box 419052, Saint Louise Missouri 63149052

(3) Name of third defendant: Warden (Raphery Williams
Employed as Warden at Gander Hill
Mailing address with zip code: 1301 East 12th Street Wilm De 19809

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Defendant is 54 years, diagnosed with a cronic illness of Hepatitis B + C type one

2. The department of Correction refuses to give care + treatment, because of high cost to serive his medical needs

3. Defendants illness has caused him symptoms tiredness, stomach pains, nausea and difficult urinating.

4. Defendant has not been service any medication or seen by a doctor

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. monetary damages, within the Courts discretion ~~fixation of the court~~ and relief of costnly relief

3

2. _____
   _____
   _____
   _____
   _____
   _____

3. _____
   _____
   _____
   _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __31__ day of __Oct__, __2005__.

_Alfonso Santiago_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

From: Alfonso Santiago
SBI # 141726
[illegible]/m. De. 19809

WILMINGTON DE 19850 NOV 2005

U.S.M.S.
X-RAY

Clerk of U.S. District Court
Lockbox 18
Boggs Federal Building
844 King STREET
Wilmington, De. 19801