SUPERIOR COURT
OF THE
STATE OF DELAWARE

MARY M. JOHNSTON
JUDGE

NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 10400
WILMINGTON, DELAWARE 19801-3733
TELEPHONE (302) 255-0668

September 30, 2005

Raphael Williams, Warden
Howard R. Young Correctional Facility
1301 East 12th Street
Wilmington, DE 19809

    Re:    Alfonso Santiago, SBI # 00141726

Dear Warden Williams:

    Enclosed is a Motion for Modification of Sentence filed by Alfonso Santiago. As reflected by the enclosed Order, Mr. Santiago's motion has been denied.

    The motion also states:

    Ground one: Medical Illness

    Supporting facts:    Defendant is 54years old, diagnosed with a chronic illness of Hepatitis B + C type one. The Department of Correction refuses to give care + treatment because of high cost to service his medical needs. Defendant's illness has caused him symptoms of tiredness, stomach pains, nausea and difficult urinating. Defendant has not been service any medication or seen by a doctor.

    I have enclosed a copy of the motion for your information and whatever action you feel is appropriate.

Sincerely,

Mary M. Johnston

cc:    Alfonso Santiago, SBI # 00141726
       Prothonotary