IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALFONSO SANTIAGO )<br>)<br>Plaintiff, )<br>)<br>v. )<br>MEDICAL DEPARTMENT, et al., )<br>)<br>Defendant(s). ) | Civil Action No. 05-766-JJF |

### ORDER

WHEREAS, Plaintiff Alfonso Santiago ("Santiago") filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on November 17, 2005, this Court entered an order granting leave to proceed *in forma pauperis* and requiring Santiago to complete and return an authorization form (D.I. 3);

WHEREAS, the time period has lapsed, and to date the authorization form has not been received from Santiago;

THEREFORE, at Wilmington this 3 day of January, 2006 IT IS HEREBY ORDERED that Santiago's complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff Alfonso Santiago is not required to pay the balance of the filing fee owed.

*[signature]*
United States District Judge